IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

  **v.**                        CRIMINAL NO. 1:14CR89-3
                                      (Judge Keeley)

**RAHEEM CUFFEE,**

      **Defendant.**

### ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S REPORT & RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE (DKT. NO. 649) AND SCHEDULING SENTENCING HEARING

On December 11, 2015, the defendant, Raheem Cuffee ("Cuffee"), appeared before United States Magistrate Judge Michael J. Aloi and moved for permission to enter a plea of GUILTY to Count Thirty-Five of the Indictment. After Cuffee stated that he understood that the magistrate judge is not a United States District Judge, he consented to tendering his plea before the magistrate judge. Previously, this Court had referred the guilty plea to the magistrate judge for the purposes of administering the allocution pursuant to Federal Rule of Criminal Procedure 11, making a finding as to whether the plea was knowingly and voluntarily entered, and recommending to this Court whether the plea should be accepted.

Based upon Cuffee's statements during the plea hearing and the testimony of Sergeant John Rogers, the magistrate judge found that Cuffee was competent to enter a plea, that the plea was freely and voluntarily given, that he was aware of the nature of the charges

**ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN
FELONY CASE (DKT. NO.649) AND SCHEDULING SENTENCING HEARING**

against him and the consequences of his plea, and that a factual basis existed for the tendered plea. On December 14, 2015, the magistrate judge entered a Report and Recommendation Concerning Plea of Guilty in Felony Case ("R&R") (dkt. no. 649) finding a factual basis for the plea and recommending that this Court accept Cuffee's plea of guilty to Count Thirty-Five of the Indictment.

The magistrate judge also directed the parties to file any written objections to the R&R within fourteen (14) days after service of the R&R. He further advised that failure to file objections would result in a waiver of the right to appeal from a judgment of this Court based on the R&R. The parties did not file any objections to the R&R.

Accordingly, this Court **ADOPTS** the magistrate judge's R&R, **ACCEPTS** Cuffee's guilty plea, and **ADJUGES** him **GUILTY** of the crime charged in Count Thirty-Five of the Indictment.

Pursuant to Fed. R. Crim. P. 11(e)(2) and U.S.S.G. § 6B1.1(c), the Court **DEFERS** acceptance of the proposed plea agreement until it has received and reviewed the presentence report prepared in this matter.

**USA v. RAHEEM CUFFEE**                                         **1:14CR89-3**

**ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN
FELONY CASE (DKT. NO.649) AND SCHEDULING SENTENCING HEARING**

Pursuant to U.S.S.G. § 6A1 et seq., the Court **ORDERS** as follows:

1. The Probation Officer shall undertake a presentence investigation of **RAHEEM CUFFEE,** and prepare a presentence report for the Court;

2. The Government and Cuffee are to provide their versions of the offense to the probation officer by **January 12, 2016**;

3. The presentence report is to be disclosed to Cuffee, defense counsel, and the United States on or before **February 29, 2016**; however, the Probation Officer is not to disclose the sentencing recommendations made pursuant to Fed. R. Crim. P. 32(e)(3);

4. Counsel may file written objections to the presentence report on or before **March 14, 2016;**

5. The Office of Probation shall submit the presentence report with addendum to the Court on or before **March 28, 2016**; and

6. Counsel may file any written sentencing statements and motions for departure from the Sentencing Guidelines, including the factual basis from the statements or motions, on or before **April 11, 2016.**

**USA v. RAHEEM CUFFEE**                                           **1:14CR89-3**

**ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN
FELONY CASE (DKT. NO.649) AND SCHEDULING SENTENCING HEARING**

The magistrate judge remanded Cuffee to the custody of the United States Marshal Service.

The Court will conduct the sentencing hearing for the defendant on **Friday, April 29, 2016** at **1:30 P.M.** at the **Clarksburg, West Virginia** point of holding court.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record, the defendant and all appropriate agencies.

DATED: December 29, 2015

                                      /s/ Irene M. Keeley
                                      IRENE M. KEELEY
                                      UNITED STATES DISTRICT JUDGE